# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Petitioner,          Civil No. 09-mc-70 (RHK/RLE)

vs.

        **ORDER**

Marlin J. Parker,

        Respondent.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 10, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge