UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Petitioner,

vs.                                    ORDER
                                    MC  09-70 RHK/RLE

Marlin J. Parker,

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

        Based upon the Court's de novo review of the Report and Recommendation of the United

States Magistrate Judge Raymond L. Erickson,  of the files, records and proceedings in the above-

entitled matter, **IT IS ORDERED:**

        That the IRS's Petition to Enforce IRS Summons [Docket No. 1] is GRANTED.

DATED: April 6, 2010                    BY THE COURT:

                                      s/ Richard H. Kyle_____
                                      Judge Richard H. Kyle
                                      United States District Judge